```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

WALTER HOWARD,                  )
        Petitioner,      )
                         )
    v.                         )   C.A. No. 04-12641-DPW
                         )
ROBERT MURPHY,                  )
        Respondent.      )

<u>ORDER</u>

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court is hereby ordered to serve a copy of (1) the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254; and (2) the Motion for Tolling of Time Limits and for Court Order Exempting Petitioner from Limits by mailing copies of the same, certified mail, to the Respondent <u>AND</u> Cathryn A. Neaves, Assistant Attorney General, Office of the Attorney General, One Ashburton Place, Boston, MA  02108.

It is further ordered that the Respondent shall, within twenty (20) days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests the Respondent, as part of the return, to file such documents which reflect on the issue as to whether Petitioner exhausted available state remedies with respect to the matters raised by the Petition.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>20th</u> day of <u>December</u>, 2004.

                                    /s/ Douglas P. Woodlock
                                    DOUGLAS P. WOODLOCK

              UNITED STATES DISTRICT JUDGE