UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Walter Howard, | ) |
| PETITIONER, | ) |
| V. | ) C.A. No. 04-12641-DPW |
| Robert Murphy, | ) |
| DEFENDANT. | ) |

PETITIONER'S NOTICE THAT HE AUTHORIZED DEPARTMENT OF CORRECTION TO PAY THE FIVE DOLLAR FILING FEE ON DECEMBER 17, 2004 AND TO DEDUCT THE FEE FROM HIS PERSONAL INSTITUTIONAL ACCOUNT

Now comes the Petitioner, Walter Howard, acting pro se at this time, who notices this Honorable Court that he authorized the Department of Correction's financial office at the "Talbot House" on Administration Road in Bridgewater, 02324, through C.P.O. Officer Scott Fedor. This Petitioner has no way to manage his own funds, even though he is no longer serving a prison sentence, but is being held for "examination & Diagnosis" at the "Nemansket Correctional Center", not the "Massachusetts Treatment Center." See: M.G.L. c. 123A §2.

Dated: December 23, 2004

Respectfully,

Walter Howard, Pro Se
30 Administration Road
Bridgewater, MA. 02324