```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

WALTER HOWARD,              )
    Petitioner,            )   CIVIL ACTION NO.
                                 )   04-12641-DPW
      v.                      )
                                 )
SUPERINTENDENT ROBERT MURPHY,)
    Respondent.            )

## ORDER OF DISMISSAL

WOODLOCK, D.J.

In accordance with this Court's Memorandum and Order dated February 9, 2005 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                              BY THE COURT,

                                              /s/ Michelle Rynne
                                              Deputy Clerk

DATED: February 9, 2005