UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WALTER HOWARD, pro se,
Petitioner/Appellant,

vs.

District Court #: 04-12641
US Appeals Court #: 05-1450

ROBERT MURPHY, Superintendant,
Nemansket Correctional Center,
Defendant/Appellee.

### MOTION TO PROCEED ON APPEAL in FORMA PAUPERIS

In compliance with the June 7th 2005 order of the United States Court of Appeals for the First Circuit, this petitioner MOVES this Honorable Court to allow him to proceed on appeal in forma pauperis.

This petitioner is not a prisoner as defined by 28 USC § 1915, and he is indigent. See the federal "Form 4: Finacial Affidavit," attached hereto.

The Massachusetts Department of Correction was notified of the Appeals Court's Order to provide a "Certified prison account statement" to the District Court, and was informed of a time limit.

Petitioner is currently a "civil law pre trial detainee," and is not currently incarcerated for crime. This petitioner is forced to rely upon family members for supplimental food, clothing, postage fees, paper, magazines, hygene materials, typewriter ribbons, and more. He only receives, on average, approximately, one hundred and twenty dollars per month.

Wherefore, this petitioner respectfully moves this Honorable Court to Grant him in Forma Pauperis status, and allow him to

proceed on Appeal, in Forma Pauperis.

Signed under the pains and penalties of purjury this 10th day of June, 2005.

Respectfully Submitted,

Walter F. Howard, pro se.
Nemansket Correctional Center
30 Administration Rd. D2.
Bridgewater, MA. 02324.

## Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

District Court No. 04-CV-12641
Appeal No. 05-1450

Walter Howard, pro se.

v.

Robert Murphy, Superintendent, Nemansket Corr. Center,

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) <br><br> Signed: *Walter Howard* | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. <br><br> Date: 06-08-05 |

My issues on appeal are: Certificate of Appealability.
Issues for writ of habeas corpus petition:
1) ineffective assistance of counsel,   3) Defendant diminished in capacity via intoxication during colloquy,
2) Prosecutorial and Counsel misconduct,   4) No competency examination ordered,  5) Numerous civil Rights deprivations.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0. | $ 0. | $ 0. | $ 0. |
| Self-employment | $ 0. | $ 0. | $ 0. | $ 0. |
| Income from real property (such as rental income) | $ 0. | $ 0. | $ 0. | $ 0. |
| Interest and dividends | $ 0. | $ 0. | $ 0. | $ 0. |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 120.- | $ 0. | $ 0. | $ 0. |
| Alimony | $ 0. | $ 0. | $ 0. | $ 0. |
| Child support | $ 0. | $ 0. | $ 0. | $ 0. |
| Retirement (such as social security, pensions, annuities, insurance | $ 0. | $ 0. | $ 0. | $ 0. |
| Disability (such as social security, insurance payments) | $ 0. | $ 0. | $ 0. | $ 0. |
| Unemployment payments | $ 0. | $ 0. | $ 0. | $ 0. |
| Public-assistance (such as welfare) | $ 0. | $ 0. | $ 0. | $ 0. |
| Other (specify): Gifts for clothing | $ 30.- | $ 0. | $ 0. | $ 0. |
| Total Monthly income: | $ 150.- | $ 0. | $ 0. | $ 0. |

The above totals are approximates by average.

2. List your employment history, most recent employer first. *(Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Soundstage & Co. Inc. | 44 French St. Lowell | 1988 - 1991 | ≈ $2,000.- |
| W.F. Howard Painting | 74 Branch St. Lowell | 1976 - 1988 | ≈ 1,600.- |

\* Prior to 1988, Petitioner was recieving SSDI    ≈ $500.-

3. List your spouses's employment history, most recent employer first. *(Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A - Appellant is unmarried | | | |

2

4. *How much cash do you and your spouse have?* $ _200.−_   Just recieved clothing allowance from family.

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Department of Correction | personal | $ 200.− | $ 0. |
|  |  | $ | $ |
|  |  | $ | $ |

If you are a ⟨prisoner,⟩ you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Petitioner is a detainee pursuant to Civil Law, and is not confined by Criminal Sentence.

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

**Home** (Value)  0.

**Other real estate** (Value)  0.

**Motor Vehicle #1** (Value)  0.
Make & year:
Model:
Registration#:

**Motor Vehicle #2** (Value)
Make & year: 0.
Model:
Registration#:

**Other assets** (Value)
old Typewriter $30.−
Zenith 13" Television $100.−

**Other assets** (Value)  0.

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| None | N/A | N/A |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  |  | You | Spouse |
|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) |  | $ 0. | $ N/A |
| Are any real estate taxes included? ☐ Yes ☒ No |  |  |  |
| Is property insurance included? ☐ Yes ☒ No |  |  |  |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) |  | $ 0. | $ N/A |
| Home maintenance (repairs and upkeep) |  | $ 0. | $ N/A |
| Food | Avg | $ 120. | $ N/A |
| Clothing | Avg | $ 10. | $ N/A |
| Laundry and dry-cleaning | Avg | $ 2. | $ N/A |
| Medical and dental expenses |  | $ 0. | $ N/A |
| Transportation (not including motor vehicle payments) |  | $ 0. | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. |  | $ 9. | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) |  | $ 0. | $ N/A |
| Homeowner's or renter's |  | $ 0. | $ N/A |
| Life |  | $ 0. | $ N/A |
| Health |  | $ 0. | $ N/A |
| Motor Vehicle |  | $ 0. | $ N/A |
| Other: |  | $ 0. | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): |  | $ 0. | $ N/A |
| Installment payments |  | $ 0. | $ N/A |
| Motor Vehicle |  | $ 0. | $ N/A |
| Credit card (name): |  | $ 0. | $ N/A |
| Department store (name): |  | $ 0. | $ N/A |
| Other: |  | $ 0. | $ N/A |

4

Alimony, maintenance, and support paid to others        $ 0.        $ N/A

Regular expenses for operations of business, profession,   $ 0.        $ N/A
or farm (attach detailed statement)

Other (specify): Postage & paper    Avg ≈   $ 12.40    $ N/A

Total monthly expenses:    $ 153.40    $ N/A

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes  ☒ No            If yes, describe on an attached sheet.

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?*  ☐ Yes  ☒ No

If yes, how much? $ 0.

If yes, state the attorney's name, address, and telephone number:
N/A

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☒ Yes  ☐ No

If yes, how much? $ 50.—

If yes, state the person's name, address, and telephone number:
Robert Mertic, 30 Administration Rd
Bridgewater, Ma. 02324

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I had completed a prison sentence in June of 2000, but was petitioned for "Civil Commitment" under M.G.L. 123A. I have unfortunately remained a pre trial detainee for 5 years, illegally, and have had to rely on my family for support. My mom is 80 years old and receiving Social Security. Money is extremely tight. I am not allowed to earn a meaningful wage with the DOC.

13. State the address of your legal residence.
   30 Administration Rd.
   Bridgewater, MA. 02324

Your daytime phone number: (978) 885-1677 *

Your age: 49      Your years of schooling: 14

*this phone # is my Brother's #; and can be contacted if necessary.