# United States Court of Appeals
## For the First Circuit

---

No. 05-1450
DC No. 04-12641

WALTER HOWARD,

Petitioner - Appellant,

v.

ROBERT MURPHY, Superintendent, Nemansket Correctional,
Center,

Respondent - Appellee.

---

### Order Of The Court
### Entered: June 15, 2005

Appellant's Motion to Proceed on Appeal In Forma Pauperis and Affidavit to
Accompany Motion for Leave to Proceed in Forma Pauperis is transmitted herewith to
the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1).
Copies of the district court's ruling shall be forwarded to this court. The district court,
if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P.
24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district
court, he may file a motion to proceed in forma pauperis in this court, provided that he
do so in accordance with Fed. R. App. P. 24(a)(5).

CERTIFIED COPY
HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
Date: 6/15/05

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER

By: _____
Chief Deputy Clerk

[certified copy: Sarah Allison Thornton, Clerk U.S. District Court,
Judge D. Woodlock]
[cc: Walter Howard, Susanne Reardon, AAG]

CARCOPY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WALTER HOWARD, PRO SE,
PETITIONER?APPELLANT,

VS.

U.S.D.C #: 04-12641-DPW

U.S. Appeals #: 05-1450

ROBERT MURPHY, Superintendant,
Nemansket Corr. Center.
Defendant/appellee.


**Dear Clerk;**

   Enclosed for filing, please find:

1) Motion to proceed on appeal in Forma Pauperis.

2) Federal Form 4: Affidavit to accompany motion for leave to
   appeal in Forma Pauperis.

3) Copy of: Order of default and intent to dismiss, by the
   First Circuit Court of Appeals, entered: JUne 7th, 2005.

   THank you.

                                        Respectfully,

cc:
A.G. Tom Rielly, Esq.                   Walter Howard, pro se,
U.S. Court of Appeals                   30 Administration Rd. D2.
Attorney Mark J. Gillis, ESq.           BRidgewater, MA. 02324.
FIle.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WALTER HOWARD, pro se,
Petitioner/Appellant,

District Court #: 04-12641
US Appeals Court #: 05-1450

vs.

ROBERT MURPHY, Superintendant,
Nemansket Correctional Center,
Defendant/Appellee.

## MOTION TO PROCEED ON APPEAL
### in FORMA PAUPERIS

In compliance with the June 7th 2005 order of the United

States Court of Appeals for the First Circuit, this petitioner

MOVES this Honorable Court to allow him to proceed on appeal

in forma pauperis.

This petitioner is not a prisoner as defined by 28 USC §

1915, and he is indigent. See the federal "Form 4: Finacial

Affidavit," attached hereto.

The Massachusetts Department of Correction was notified of

the Appeals Court's Order to provide a "Certified prison acc-

ount statement" to the District Court, and was informed of a

time limit.

Petitioner is currently a "civil law pre trial detainee,"

and is not currently incarcerated for crime. This petition-

er is forced to rely upon family members for supplimental

food, clothing, postage fees, paper, magazines, hygene mat-

erials, typewriter ribbons, and more. He only receives, on

average, approximately, one hundred and twenty dollars per

month.

Wherefore, this petitioner respectfully moves this Honorable

Court to Grant him in Forma Pauperis status, and allow him to

proceed on Appeal, in Forma Pauperis.

Signed under the pains and penalties of purjury this 10th
day of June, 2005.

Respectfully Submitted,

Walter F. Howard, pro se.
Nemansket Correctional Center
30 Administration Rd. D2.
Bridgewater, MA. 02324.

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

Walter Howard, pro se,
Petitioner/Appellant,

vs.                                    Appeals Docket #: 05-1450

Robert Murphy, Superintendent,
Nemansket Correctional Center,
Defendant/Appellee.                    Date: 6/10/05


Dear Clerk Carter;

   Please find enclosed:

1)  Motion to the U.S. District Court to proceed on appeal in
    Forma Pauperis.

2)  A Federal Form 4: Affidavit to accompany the above named
    motion to leave to appeal in Forma Pauperis.

   Would you please make a record of these District Court fil-
ings, with the date your court received them.
   Also, please note that I have informed/requested a "certif-
ied copy of my prison account statement, today, June 10th of
2005."

   If this step was unnecessary, I appologize for the inconven-
ence, and will await further instructions from your court.

   Thank you for your time,

Walter Howard, pro se.
Nemansket Correctional Center.
30 Administration Rd. D2-23
Bridgewater, MA. 02324.

# Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis ☐ COPY

District Court No. _04 - CV - 12641_
Appeal No. _05 - 1450_

walter Howard, _pro se._

v.

Robert Murphy, Superintendent, Nemansket Corr. Center,

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: _Walter Howard_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: _06 - 08 - 05_ |

My issues on appeal are: Certificate of Appealability,
Issues for writ of habeas Corpus petition:
1) ineffective assistance of Counsel,    3) Defendant diminished in Capacity via intoxication during colloquy,
2) Prosecutorial and Counsel misconduct,    4) No competency examination ordered, 5) Numerous civil Rights deprivation

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0. | $ 0. | $ 0. | $ 0. |
| Self-employment | $ 0. | $ 0. | $ 0. | $ 0. |
| Income from real property (such as rental income) | $ 0. | $ 0. | $ 0. | $ 0. |
| Interest and dividends | $ 0. | $ 0. | $ 0. | $ 0. |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 120.⁻ | $ 0. | $ 0, | $ 0, |
| Alimony | $ 0. | $ 0, | $ 0. | $ 0. |
| Child support | $ 0. | $ 0. | $ 0. | $ 0. |
| Retirement (such as social security, pensions, annuities, insurance | $ 0. | $ 0. | $ 0. | $ 0. |
| Disability (such as social security, insurance payments) | $ 0. | $ 0. | $ 0. | $ 0. |
| Unemployment payments | $ 0. | $ 0. | $ 0. | $ 0. |
| Public-assistance (such as welfare) | $ 0. | $ 0. | $ 0. | $ 0. |
| Other (specify): Gifts for clothing | $ 30.⁻ | $ 0. | $ 0. | $ 0. |
| Total Monthly income: | $ 150.⁻ | $ 0. | $ 0. | $ 0. |

The above totals are approximates by average.

2.  List your employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Soundstage & Co. Inc. | 44 French St. Lowell | 1988 – 1991 | ≈ $ 2,000. ⁻ |
| W.F. Howard Painting, | 74 Branch St. Lowell | 1976 – 1980 | ≈ 1,600. ⁻ |
| * prior to 1988, Petitioner was recieving SS DI | | | ≈ $ 500. ⁻ |

3.  List your spouses's employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A  — Appellant is unMarried | | | |

2

4. *How much cash do you and your spouse have?* $ _200.—_   *Just recieved clothing allowance from family.*

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Department of Correction | personal | $ 200.— | $ 0. |
| | | $ | $ |
| | | $ | $ |

If you are a (prisoner,) you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

*Petitioner is a detainee pursuant to Civil Law, and is not confined by Criminal Sentence.*

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| 0. | | 0. | | Make & year: 0. | |
| | | | | Model: | |
| | | | | Registration#: | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: 0. | | old Typewriter #30.— | | 0. | |
| Model: | | Zenith 13" Television #100.— | | | |
| Registration#: | | | | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | N/A | N/A |
| | | |
| | | |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| None | N/A | N/A |
| | | |
| | | |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | | You | Spouse |
|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ 0, | $ N/A |
| Are any real estate taxes included? ☐ Yes ☒ No | | | |
| Is property insurance included? ☐ Yes ☒ No | | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | | $ 0. | $ N/A |
| Home maintenance (repairs and upkeep) | | $ 0. | $ N/A |
| Food | Avg. | $ 120. | $ N/A |
| Clothing | Avg. | $ 10. | $ N/A |
| Laundry and dry-cleaning | Avg. | $ 2. | $ N/A |
| Medical and dental expenses | | $ 0. | $ N/A |
| Transportation (not including motor vehicle payments) | | $ 0. | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | | $ 9. | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | | $ 0. | $ N/A |
| Homeowner's or renter's | | $ 0. | $ N/A |
| Life | | $ 0. | $ N/A |
| Health | | $ 0. | $ N/A |
| Motor Vehicle | | $ 0. | $ N/A |
| Other: | | $ 0. | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): | | $ 0. | $ N/A |
| Installment payments | | $ 0. | $ N/A |
| Motor Vehicle | | $ 0. | $ N/A |
| Credit card (name): | | $ 0. | $ N/A |
| Department store (name): | | $ 0. | $ N/A |
| Other: | | $ 0. | $ N/A |

4

Alimony, maintenance, and support paid to others          $ _0._    $ _N/A_

Regular expenses for operations of business, profession,     $ _0._    $ _N/A_
   or farm (attach detailed statement)

Other (specify): _Postage & paper_     Avg. ≈   $ _12.40_    $ _N/A_

Total monthly expenses:     $ _153.40_    $ _N/A_

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes ☒ No                     If yes, describe on an attached sheet.

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No

If yes, how much? $ _0._

If yes, state the attorney's name, address, and telephone number:
_____ _N/A_ _____

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☒ Yes ☐ No

If yes, how much? $ _50.—_

If yes, state the person's name, address, and telephone number:
_Robert Mertic, 30 Administration Rd_
_Bridgewater, Ma. 02324_

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I had completed a prison sentence in June of 2000, but was petitioned for "Civil Commitment" under M.G.L. 123A. I have unfortunately remained a pre trial detainee for 5 years, illegally, and have had to rely on my family for support. My mom is 80 years old and receiving Social Security. money is extremely tight. I am not allowed to earn a meaningful wage with the DOC.

13. State the address of your legal residence.

30 Administration Rd.

Bridgewater, MA. 02324

Your daytime phone number: (978) 885-1677

Your age: 49          Your years of schooling: 14

*this phone # is
my Brother's #;
and can be contacted
if necessary.

6