UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Walter Howard, pro se,
Petitioner,

U.S.D.C. #: 04-12641-DPW
vs.                   U.S. Appeals Court #: 05-1450

Robert Murphy, Superintendent,
Nemansket Correctional Center.
Defendant/Respondent.


Dear Clerk of the U.S. District Court:

   Please find enclosed for filing and docketing, an "alleged" Certified Copy of my Prison Account Statement.

   Please take note that the monies entered on this "statement" are entered twice. This is done in a manner which makes it appear that a "prisoner" has received and spent "TWICE" the amounts of money he actually has.

                 MOTION TO INCLUDE STATEMENT
                        INTO EVIDENCE

   The petitioner respectfully moves that this honorable Court will include this "erroneous" finacial statement into the record of this case, as a showing of continuous acts of malice by persons employed in official capacities of the department of correction. The petitioner also moves for this court to discover that the financial statement submitted does have "double entries" anf the actual total amounts this petitioner received and spent is only "one half" of the amounts listed on the statement.

                                    Respectfully Submitted,

Dated: 06/16/05
                                    Walter Howard, Pro se.
cc:                                 30 Administration Rd.
U.S. COURT OF APPEALS               Bridgewater, MA. 02324.
Mark J. Gillis, Esq.
D.O.C. Legal
File.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050610 13:59

| | | | | Page: 15 |
|---|---|---|---|---|
| Commit# : | M14559 | | MASS. TREATMENT CENTER | |
| Name : | HOWARD, WALTER, . | | Statement From  20020101 | |
| Inst : | MASS. TREATMENT CENTER | | To  20050610 | |
| Block : | D2 | | | |
| Cell/Bed : | 023 /B | | | |

*Please note this date. It lists listed. Goes back to 2002.*

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041210 08:33 | TI - Transfer from Institution | 3813538 | | MTC | ~Associate Receipt Number is 3813536 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041210 08:41 | ML - Mail | 3813691 | | STH | ~DOLLY R. | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041210 08:41 | TI - Transfer from Institution | 3813692 | | STH | ~Associate Receipt Number is 3813691 | $0.00 | $30.00 | $0.00 | $0.00 |
| 20041210 08:41 | TI - Transfer from Institution | 3813693 | | MTC | ~Associate Receipt Number is 3813691 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041210 08:42 | ML - Mail | 3813697 | | STH | ~DOLLY R. | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041210 08:42 | TI - Transfer from Institution | 3813698 | | STH | ~Associate Receipt Number is 3813697 | $0.00 | $30.00 | $0.00 | $0.00 |
| 20041210 08:42 | TI - Transfer from Institution | 3813699 | | MTC | ~Associate Receipt Number is 3813697 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041210 10:29 | EX - External Disbursement | 3814669 | 96266 | MTC | ~US DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20041214 09:47 | ML - Mail | 3825836 | | STH | ~DOLORES R,. | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041214 09:47 | TI - Transfer from Institution | 3825837 | | STH | ~Associate Receipt Number is 3825836 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20041214 09:47 | TI - Transfer from Institution | 3825838 | | MTC | ~Associate Receipt Number is 3825836 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041216 22:30 | CN - Canteen | 3845422 | | MTC | ~Canteen Date : 20041216 | $0.00 | $73.23 | $0.00 | $0.00 |
| 20041223 22:30 | CN - Canteen | 3881765 | | MTC | ~Canteen Date : 20041223 | $0.00 | $73.41 | $0.00 | $0.00 |
| 20041228 13:11 | ML - Mail | 3892626 | 6234 | STH | ~SHIRLEY MCCARTHY | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041228 13:11 | TI - Transfer from Institution | 3892628 | | STH | ~Associate Receipt Number is 3892626 | $0.00 | $25.00 | $0.00 | $0.00 |
| 20041228 13:11 | TI - Transfer from Institution | 3892629 | | MTC | ~Associate Receipt Number is 3892626 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041229 22:30 | CN - Canteen | 3900811 | | MTC | ~Canteen Date : 20041229 | $0.00 | $8.35 | $0.00 | $0.00 |
| 20050107 13:59 | ML - Mail | 3950619 | | STH | ~DOLORES R. | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050107 13:59 | MA - Maintenance and Administration | 3950620 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050107 13:59 | TI - Transfer from Institution | 3950622 | | STH | ~Associate Receipt Number is 3950619 | $0.00 | $59.00 | $0.00 | $0.00 |
| 20050107 13:59 | TI - Transfer from Institution | 3950623 | | MTC | ~Associate Receipt Number is 3950619 | $59.00 | $0.00 | $0.00 | $0.00 |
| 20050107 13:59 | ML - Mail | 3950629 | | STH | ~DOLORES R. | $65.00 | $0.00 | $0.00 | $0.00 |
| 20050107 13:59 | TI - Transfer from Institution | 3950630 | | STH | ~Associate Receipt Number is 3950629 | $0.00 | $65.00 | $0.00 | $0.00 |
| 20050107 13:59 | TI - Transfer from Institution | 3950631 | | MTC | ~Associate Receipt Number is 3950629 | $65.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:05 | IS - Interest | 3978787 | | MTC | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20050113 22:30 | CN - Canteen | 3995542 | | MTC | ~Canteen Date : 20050113 | $0.00 | $59.84 | $0.00 | $0.00 |
| 20050120 08:38 | ML - Mail | 4020416 | | STH | ~DOLORES RUNYAN | $75.00 | $0.00 | $0.00 | $0.00 |
| 20050120 08:38 | TI - Transfer from Institution | 4020417 | | STH | ~Associate Receipt Number is 4020416 | $0.00 | $75.00 | $0.00 | $0.00 |
| 20050120 08:38 | TI - Transfer from Institution | 4020418 | | MTC | ~Associate Receipt Number is 4020416 | $75.00 | $0.00 | $0.00 | $0.00 |
| 20050120 08:39 | ML - Mail | 4020420 | | STH | ~DOLORES RUNYAN | $70.00 | $0.00 | $0.00 | $0.00 |
| 20050120 08:39 | TI - Transfer from Institution | 4020421 | | STH | ~Associate Receipt Number is 4020420 | $0.00 | $70.00 | $0.00 | $0.00 |

*Notice the > indicates/show ...*

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050610 13:59

| Commit# : | M14559 | | | MASS. TREATMENT CENTER | | | Page: 16 |
|---|---|---|---|---|---|---|---|
| Name : | HOWARD, WALTER,, | | | Statement From | 20020101 | | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20050610 | | |
| Block : | D2 | | | | | | |
| Cell/Bed : | 023 /B | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050120 08:39 | TI - Transfer from Institution | 4020422 | | MTC | ~Associate Receipt Number is 4020420 | $70.00 | $0.00 | $0.00 | $0.00 |
| 20050120 08:39 | ML - Mail | 4020426 | | STH | ~DOLORES RUNYAN | $75.00 | $0.00 | $0.00 | $0.00 |
| 20050120 08:39 | TI - Transfer from Institution | 4020427 | | STH | ~Associate Receipt Number is 4020426 | $0.00 | $75.00 | $0.00 | $0.00 |
| 20050120 08:39 | TI - Transfer from Institution | 4020428 | | MTC | ~Associate Receipt Number is 4020426 | $75.00 | $0.00 | $0.00 | $0.00 |
| 20050120 22:30 | CN - Canteen | 4023250 | | MTC | ~Canteen Date : 20050120 | $0.00 | $50.86 | $0.00 | $0.00 |
| 20050125 10:33 | ML - Mail | 4032809 | 132 | STH | ~GEORGE BROWN | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050125 10:33 | TI - Transfer from Institution | 4032811 | | STH | ~Associate Receipt Number is 4032809 | $0.00 | $20.00 | $0.00 | $0.00 |
| 20050125 10:33 | TI - Transfer from Institution | 4032812 | | MTC | ~Associate Receipt Number is 4032809 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050128 10:45 | EX - External Disbursement | 4054531 | 97402 | MTC | ~TV GUIDE | $0.00 | $20.00 | $0.00 | $0.00 |
| 20050128 14:51 | EX - External Disbursement | 4055443 | 97365 | MTC | ~US DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050128 22:30 | CN - Canteen | 4057056 | | MTC | ~Canteen Date : 20050128 | $0.00 | $47.15 | $0.00 | $0.00 |
| 20050203 22:30 | CN - Canteen | 4087474 | | MTC | ~Canteen Date : 20050203 | $0.00 | $33.97 | $0.00 | $0.00 |
| 20050209 08:43 | ML - Mail | 4104823 | | STH | ~DOLORES DUNFAM | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050209 08:43 | MA - Maintenance and Administration | 4104824 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050209 08:43 | TI - Transfer from Institution | 4104826 | | STH | ~Associate Receipt Number is 4104823 | $0.00 | $49.00 | $0.00 | $0.00 |
| 20050209 08:43 | TI - Transfer from Institution | 4104827 | | MTC | ~Associate Receipt Number is 4104823 | $49.00 | $0.00 | $0.00 | $0.00 |
| 20050209 08:52 | ML - Mail | 4104982 | | STH | ~DOLORES RUNYAN | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050209 08:52 | TI - Transfer from Institution | 4104983 | | STH | ~Associate Receipt Number is 4104982 | $0.00 | $60.00 | $0.00 | $0.00 |
| 20050209 08:52 | TI - Transfer from Institution | 4104984 | | MTC | ~Associate Receipt Number is 4104982 | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4107962 | | MTC | | $0.41 | $0.00 | $0.00 | $0.00 |
| 20050210 22:30 | CN - Canteen | 4136046 | | MTC | ~Canteen Date : 20050210 | $0.00 | $52.27 | $0.00 | $0.00 |
| 20050217 22:30 | CN - Canteen | 4169506 | | MTC | ~Canteen Date : 20050217 | $0.00 | $27.36 | $0.00 | $0.00 |
| 20050224 22:30 | CN - Canteen | 4196275 | | MTC | ~Canteen Date : 20050224 | $0.00 | $23.22 | $0.00 | $0.00 |
| 20050228 08:33 | ML - Mail | 4201921 | | STH | ~DOLORES RUNYON | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050228 08:33 | TI - Transfer from Institution | 4201922 | | STH | ~Associate Receipt Number is 4201921 | $0.00 | $25.00 | $0.00 | $0.00 |
| 20050228 08:33 | TI - Transfer from Institution | 4201923 | | MTC | ~Associate Receipt Number is 4201921 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050302 13:19 | IC - Transfer from Inmate to Club A/c | 4214918 | | MTC | ~799,826,828~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $196.91 | $0.00 | $0.00 |
| 20050303 22:30 | CN - Canteen | 4228459 | | MTC | ~Canteen Date : 20050303 | $0.00 | $5.84 | $0.00 | $0.00 |
| 20050308 08:18 | ML - Mail | 4242846 | | STH | ~DOLORES R | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050308 08:18 | MA - Maintenance and Administration | 4242847 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |

*Notice: ">" indicates/shows double entries on the account statement* (handwritten)

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
Inmate Transaction Report

Date: 20050610 13:59

| Commit#: | MI4559 | | | MASS. TREATMENT CENTER | | | Page: 17 |
|---|---|---|---|---|---|---|---|
| Name: | HOWARD, WALTER, , | | | Statement From: | 20020101 | | |
| Inst: | MASS. TREATMENT CENTER | | | To: | 20050610 | | |
| Block: | D2 | | | | | | |
| Cell/Bed: | 023 /B | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050308 08:18 | TI - Transfer from Institution | 4242853 | | STH | ~Associate Receipt Number is 4242846 | $0.00 | $59.00 | $0.00 | $0.00 |
| 20050308 08:18 | TI - Transfer from Institution | 4242854 | | MTC | ~Associate Receipt Number is 4242846 | $59.00 | $0.00 | $0.00 | $0.00 |
| 20050308 08:18 | ML - Mail | 4242855 | | STH | ~DOLORES R | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050308 08:18 | TI - Transfer from Institution | 4242856 | | STH | ~Associate Receipt Number is 4242855 | $0.00 | $60.00 | $0.00 | $0.00 |
| 20050308 08:18 | TI - Transfer from Institution | 4242857 | | MTC | ~Associate Receipt Number is 4242855 | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050310 22:30 | CN - Canteen | 4263171 | | MTC | ~Canteen Date: 20050310 | $0.00 | $59.93 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4279135 | | MTC | | $0.56 | $0.00 | $0.00 | $0.00 |
| 20050317 22:30 | CN - Canteen | 4312589 | | MTC | ~Canteen Date: 20050317 | $0.00 | $42.01 | $0.00 | $0.00 |
| 20050324 22:30 | CN - Canteen | 4343018 | | MTC | ~Canteen Date: 20050324 | $0.00 | $18.71 | $0.00 | $0.00 |
| 20050330 09:02 | ML - Mail | 4360225 | | STH | ~DOLORES R | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050330 09:02 | TI - Transfer from Institution | 4360226 | | STH | ~Associate Receipt Number is 4360225 | $0.00 | $25.00 | $0.00 | $0.00 |
| 20050330 09:02 | TI - Transfer from Institution | 4360227 | | MTC | ~Associate Receipt Number is 4360225 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050331 22:30 | CN - Canteen | 4373278 | | MTC | ~Canteen Date: 20050331 | $0.00 | $24.28 | $0.00 | $0.00 |
| 20050407 22:30 | CN - Canteen | 4413673 | | MTC | ~Canteen Date: 20050407 | $0.00 | $0.73 | $0.00 | $0.00 |
| 20050408 08:27 | ML - Mail | 4416051 | | STH | ~DOLORES RUNYAN | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050408 08:27 | MA - Maintenance and Administration | 4416053 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050408 08:27 | TI - Transfer from Institution | 4416055 | | STH | ~Associate Receipt Number is 4416051 | $0.00 | $59.00 | $0.00 | $0.00 |
| 20050408 08:27 | TI - Transfer from Institution | 4416056 | | MTC | ~Associate Receipt Number is 4416051 | $59.00 | $0.00 | $0.00 | $0.00 |
| 20050408 08:27 | ML - Mail | 4416061 | | STH | ~DOLORES RUNYAN | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050408 08:27 | TI - Transfer from Institution | 4416062 | | STH | ~Associate Receipt Number is 4416061 | $0.00 | $60.00 | $0.00 | $0.00 |
| 20050408 08:27 | TI - Transfer from Institution | 4416063 | | MTC | ~Associate Receipt Number is 4416061 | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4419166 | | MTC | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20050414 22:30 | CN - Canteen | 4464865 | | MTC | ~Canteen Date: 20050414 | $0.00 | $50.03 | $0.00 | $0.00 |
| 20050420 13:40 | EX - External Disbursement | 4481657 | 99386 | MTC | ~EDWARD HAMILTON | $0.00 | $41.50 | $0.00 | $0.00 |
| 20050421 22:30 | CN - Canteen | 4494755 | | MTC | ~Canteen Date: 20050421 | $0.00 | $25.80 | $0.00 | $0.00 |
| 20050428 22:30 | CN - Canteen | 4523399 | | MTC | ~Canteen Date: 20050428 | $0.00 | $1.78 | $0.00 | $0.00 |
| 20050503 07:52 | ML - Mail | 4538590 | | STH | ~DOLORES RUNYAN | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050503 07:52 | MA - Maintenance and Administration | 4538592 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050503 07:52 | TI - Transfer from Institution | 4538594 | | STH | ~Associate Receipt Number is 4538590 | $0.00 | $19.00 | $0.00 | $0.00 |
| 20050503 07:52 | TI - Transfer from Institution | 4538595 | | MTC | ~Associate Receipt Number is 4538590 | $19.00 | $0.00 | $0.00 | $0.00 |
| 20050505 22:30 | CN - Canteen | 4562887 | | MTC | ~Canteen Date: 20050505 | $0.00 | $18.05 | $0.00 | $0.00 |

*Notice the ">" indicates/shows double entries on the same [illegible]*

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050610 13:59

| | | | | | Page: 18 |
|---|---|---|---|---|---|
| Commit#: | M14559 | | MASS. TREATMENT CENTER | | |
| Name: | HOWARD, WALTER,, | | Statement From | 20020101 | |
| Inst: | MASS. TREATMENT CENTER | | To | 20050610 | |
| Block: | D2 | | | | |
| Cell/Bed: | 023 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050510 09:37 | ML - Mail | 4577263 | | STH | ~DOLORES RUYNYAN | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050510 09:37 | TI - Transfer from Institution | 4577264 | | STH | ~Associate Receipt Number is 4577263 | $0.00 | $60.00 | $0.00 | $0.00 |
| 20050510 09:37 | TI - Transfer from Institution | 4577265 | | MTC | ~Associate Receipt Number is 4577263 | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050510 09:37 | ML - Mail | 4577271 | | STH | ~DOLORES RUNYAN | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050510 09:37 | TI - Transfer from Institution | 4577272 | | STH | ~Associate Receipt Number is 4577271 | $0.00 | $60.00 | $0.00 | $0.00 |
| 20050510 09:37 | TI - Transfer from Institution | 4577273 | | MTC | ~Associate Receipt Number is 4577271 | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050511 13:14 | EX - External Disbursement | 4583871 | 99918 | MTC | ~MAC WORLD | $0.00 | $18.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4585635 | | MTC | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20050512 22:30 | CN - Canteen | 4613456 | | MTC | ~Canteen Date : 20050512 | $0.00 | $46.82 | $0.00 | $0.00 |
| 20050513 13:29 | IC - Transfer from Inmate to Club A/c | 4618022 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050517 13:55 | EX - External Disbursement | 4627816 | 100082 | MTC | ~PC WORLD | $0.00 | $15.00 | $0.00 | $0.00 |
| 20050519 22:30 | CN - Canteen | 4647061 | | MTC | ~Canteen Date : 20050519 | $0.00 | $39.73 | $0.00 | $0.00 |
| 20050524 10:08 | ML - Mail | 4658565 | | STH | ~DOLORES RUNYAN | $80.00 | $0.00 | $0.00 | $0.00 |
| 20050524 10:08 | TI - Transfer from Institution | 4658567 | | STH | ~Associate Receipt Number is 4658565 | $0.00 | $80.00 | $0.00 | $0.00 |
| 20050524 10:08 | TI - Transfer from Institution | 4658568 | | MTC | ~Associate Receipt Number is 4658565 | $80.00 | $0.00 | $0.00 | $0.00 |
| 20050524 10:08 | ML - Mail | 4658579 | | STH | ~DOLORES RUNYAN | $80.00 | $0.00 | $0.00 | $0.00 |
| 20050524 10:08 | TI - Transfer from Institution | 4658580 | | STH | ~Associate Receipt Number is 4658579 | $0.00 | $80.00 | $0.00 | $0.00 |
| 20050524 10:08 | TI - Transfer from Institution | 4658581 | | MTC | ~Associate Receipt Number is 4658579 | $80.00 | $0.00 | $0.00 | $0.00 |
| 20050526 22:30 | CN - Canteen | 4678354 | | MTC | ~Canteen Date : 20050526 | $0.00 | $28.44 | $0.00 | $0.00 |
| 20050602 22:30 | CN - Canteen | 4708985 | | MTC | ~Canteen Date : 20050602 | $0.00 | $23.23 | $0.00 | $0.00 |
| 20050603 09:14 | ML - Mail | 4712945 | | STH | ~DOLORES | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050603 09:14 | MA - Maintenance and Administration | 4712947 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050603 09:14 | TI - Transfer from Institution | 4712949 | | STH | ~Associate Receipt Number is 4712945 | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050603 09:14 | TI - Transfer from Institution | 4712950 | | MTC | ~Associate Receipt Number is 4712945 | $24.00 | $0.00 | $0.00 | $0.00 |
| 20050607 09:22 | ML - Mail | 4725188 | | STH | ~DOLORES RUNYAN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050607 09:22 | TI - Transfer from Institution | 4725189 | | STH | ~Associate Receipt Number is 4725188 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050607 09:22 | TI - Transfer from Institution | 4725190 | | MTC | ~Associate Receipt Number is 4725188 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050607 09:22 | ML - Mail | 4725196 | | STH | ~DOLORES RUNYAN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050607 09:22 | TI - Transfer from Institution | 4725197 | | STH | ~Associate Receipt Number is 4725196 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050607 09:22 | TI - Transfer from Institution | 4725198 | | MTC | ~Associate Receipt Number is 4725196 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050607 09:23 | ML - Mail | 4725203 | | STH | ~DOLORES RUNYAN | $50.00 | $0.00 | $0.00 | $0.00 |

*Notice: The [illegible] inmates/shows double [illegible]*

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050610 13:59

| Commit# : | M14559 | | | MASS. TREATMENT CENTER | | | Page : | 19 |
|---|---|---|---|---|---|---|---|---|
| Name : | HOWARD, WALTER, , | | | Statement From | 20020101 | | | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20050610 | | | |
| Block : | D2 | | | | | | | |
| Cell/Bed : | 023 /B | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050607 09:23 | TI - Transfer from Institution | 4725204 | | STH | ~Associate Receipt Number is 4725203 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050607 09:23 | TI - Transfer from Institution | 4725205 | | MTC | ~Associate Receipt Number is 4725203 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050607 09:23 | ML - Mail | 4725206 | | STH | ~DOLORES RUNYAN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050607 09:23 | TI - Transfer from Institution | 4725207 | | STH | ~Associate Receipt Number is 4725206 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050607 09:23 | TI - Transfer from Institution | 4725208 | | MTC | ~Associate Receipt Number is 4725206 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050607 09:23 | ML - Mail | 4725215 | | STH | ~DOLORES RUNYAN | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050607 09:23 | TI - Transfer from Institution | 4725216 | | STH | ~Associate Receipt Number is 4725215 | $0.00 | $20.00 | $0.00 | $0.00 |
| 20050607 09:23 | TI - Transfer from Institution | 4725217 | | MTC | ~Associate Receipt Number is 4725215 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050609 16:48 | IS - Interest | 4747548 | | MTC | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20050609 22:30 | CN - Canteen | 4762249 | | MTC | ~Canteen Date : 20050609 | $0.00 | $45.66 | $0.00 | $0.00 |
| | | | | | | $11,034.51 | $10,727.07 | $0.00 | $0.00 |

Balance as of ending date :
Personal: $307.44
Savings: $0.00

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $307.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Please note that the [illegible] / these totals include [illegible] which [illegible] the actual [illegible] and [illegible] is [illegible] of the [illegible] listed. [illegible] because it [illegible] the [illegible] in this report.