## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 05-1450

USDC Docket Number: 04-cv-12641

Walter Howard

v.

Robert Murphy

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 23 & electronic order are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 14, 2005.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/15/05.

/s/ D Burchard

Deputy Clerk, US Court of Appeals